Fourth Appellate Department, January, 1902. Reported 68 App. Div. 650.

### PEOPLE v. JOSEPH SIMNACHER.

Judgment of conviction reversed and case remitted to County Court of Cattaraugus county pursuant to section 547 of the Code of Criminal Procedure. Held, that the court erred in charging the jury that they might convict the defendant of giving away liquor under the indictment, which did not charge him with giving away liquor, but did charge him with selling it.

All concurred, except McLENNAN, J., dissenting, and SPRING, J., not voting.